No. 287. F. R. GLASCOCK ET AL. *v.* ELLIS McDANIEL ET AL., MINORS, BY J. O. CRAVENS, GUARDIAN. Error to the Supreme Court of the State of Oklahoma. Submitted March 22, 1920. Decided April 19, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of

September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. William B. Moore* and *Mr. George S. Ramsey* for plaintiffs in error. *Mr. Grant Foreman, Mr. James D. Simms* and *Mr. Charles F. Runyan* for defendants in error.